UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN DWAYNE FRAZIER, SR.,
#379628,

            Plaintiff,

                                  CASE NO. 23-CV-10338
v.                                HON. GEORGE CARAM STEEH

TIKISOR, et al.,

            Defendants.

_____/

## JUDGMENT

      The above-entitled matter having come before the Court on a civil rights complaint brought pursuant to 42 U.S.C. § 1983, the Honorable George Caram Steeh, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

      **IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

                                    KINIKIA ESSIX
                                    Clerk of the Court

APPROVED:

                                BY:  Michael Lang____
                                          Deputy Court Clerk

s/George Caram Steeh_____
Hon. George Caram Steeh
United States District Judge

Dated:  February 21, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 21, 2023, by electronic and/or ordinary mail and also on Alvin Dwayne Frazier #379628, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201.


s/Michael Lang
Deputy Clerk